IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY GRANT, | : | CIVIL ACTION |
| | : | NO. 10-2204 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TIFFANY WINIK, et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **11th** day of **June, 2013,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendants motions for summary judgment (ECF Nos. 99, 101) are **GRANTED** as to Counts I to IV;

2. Defendants' motions for leave to file replies are **GRANTED** (ECF Nos. 110, 113); and

3. Having dismissed all federal claims, the Court will decline to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims, in Counts V to VII.

**It is further ORDERED** that the Clerk of Court shall mark the case as **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**